UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CLARK

VERSUS

EDWARDS, ET AL.

CIVIL ACTION

21-177-SDD-RLB

## RULING

The Court has carefully considered the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated January 3, 2022 to which an Objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the DOTD Defendants' Motion to Dismiss (R. Doc. 13), Governor Edward's Motion to Dismiss (R. Doc. 15), and Judicial Defendant's Motion to Dismiss (R. Doc. 16) are hereby GRANTED, and Plaintiff's action is hereby DISMISSED.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Additional Time to Serve (R. Doc. 27) and Plaintiff's Motion to Amend (R. Doc. 38) are hereby DENIED.

Signed in Baton Rouge, Louisiana the 19th day of January, 2022.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Docs. 27, 15, 16, 38, and 13.
[2] Rec. Doc. 42.
[3] Rec. Doc. 43.