## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

CLARK

VERSUS

EDWARDS, ET AL.

CIVIL ACTION

21-177-SDD-RLB

## JUDGMENT

For the reasons outlined in this Court's *Ruling* adopting the *Report and Recommendations* of the Magistrate Judge in the captioned matter;

*Judgment* is hereby rendered in favor of the Defendants and against the Plaintiff and this matter is dismissed in its entirety.

Signed in Baton Rouge, Louisiana on January 19, 2022.

_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA